1                                                                    JS-6

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                     CENTRAL DISTRICT OF CALIFORNIA

10

11   MICHELLE ORR,                          CV 12-202 PA (RZx)

12              Plaintiff,                   JUDGMENT

13        v.

14   BANK OF AMERICA, N.A., et al.,

15              Defendants.

16

17

18        Pursuant to the Court's March 13, 2012 Minute Order dismissing without prejudice

19   the claims alleged by plaintiff Michelle Orr ("Plaintiff") against defendants Bank of

20   America, N.A. ("BofA") and The Bank of New York Mellon (fka The Bank of New York)

21   as trustee for the certifcateholders of CWMBS, Inc., CHL Mortgage Pass Through

22   Certificates, Series 2004-25 ("BONY") (collectively "Defendants"),

23        IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims

24   are dismissed without prejudice.

25   //

26   //

27   //

28   //

1      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take

2  nothing and that Defendants shall have their costs of suit.

3      IT IS SO ORDERED.

4

5  DATED: March 13, 2012                    _____

6                                            Percy Anderson
                                            UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28