JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE ORR,<br><br>    Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>    Defendants. | CV 12-202 PA (RZx)<br><br>JUDGMENT |

Pursuant to the Court's March 13, 2012 Minute Order dismissing without prejudice the claims alleged by plaintiff Michelle Orr ("Plaintiff") against defendants Bank of America, N.A. ("BofA") and The Bank of New York Mellon (fka The Bank of New York) as trustee for the certifcateholders of CWMBS, Inc., CHL Mortgage Pass Through Certificates, Series 2004-25 ("BONY") (collectively "Defendants"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims are dismissed without prejudice.

//

//

//

//

1   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take
2 nothing and that Defendants shall have their costs of suit.
3   IT IS SO ORDERED.

5 DATED: March 13, 2012        _____
                                      Percy Anderson
                              UNITED STATES DISTRICT JUDGE